IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-829 |
| | § | |
| GUILLERMO GONZALEZ | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 33). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 2, 2011 at 9:00 a.m.**

SIGNED on November 16, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge